TRINETTE G. KENT (State Bar No. 222020)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT 06905
Telephone: (480) 247-9644
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Derrick Burgess

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Derrick Burgess,<br><br>    Plaintiffs,<br><br>  vs.<br><br>Performant Recovery, Inc.; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 3:14-cv-03356-JCS<br><br>[~~PROPOSED~~] ORDER DISMISSING ACTION |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

    Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Date:__1/15/15_____        ____/s/ Joseph C. Spero_____

                                       Judge: Joseph C. Spero